UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
In re:

LKS CONCEPTS, LLC, d/b/a DYLAN PRIME,

                    Debtor.
--------------------------------------------------------------- x

Chapter 11

Case No. 13-11390 (JMP)

### "LAR-DAN" AFFIDAVIT OF JOHN MAUTONE IN CONNECTION WITH THE APPLICATION OF SILVERMANACAMPORA, LLP AS ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

       **JOHN MAUTONE**, being duly sworn, deposes and says:

       1.    I am the managing member of LKS Concepts, LLC, d/b/a Dylan Prime (the "Debtor"), the above-named debtor and debtor in possession.

       2.    I submit this affidavit in connection with the Debtor's application to retain SilvermanAcampora LLP ("SilvermanAcampora") as attorneys for the Debtor.

       3.    As disclosed in the Declaration of Gerard R. Luckman, Esq., in support of the Order of Retention, SilvermanAcampora was paid a $30,000 retainer in connection with this matter. SilvermanAcampora's retainer was paid by me with funds borrowed from Laight Restaurant Corporation.

       4.    This shall confirm that SilvermanAcampora has advised me and I acknowledge that, with regard to the matters which SilvermanAcampora is to be engaged in this Chapter 11 proceeding, to the extent that the interests of the Debtor on one hand diverge from my interests on the other hand, that SilvermanAcampora shall represent the Debtor only and not me.

       5.    I further acknowledge that SilvermanAcampora owes a duty of undivided loyalty to the Debtor only. I have been advised by SilvermanAcampora that if a conflict of interest should arise, that SilvermanAcampora will notify both the Court and me, and that in such

AN/1315347.1/062912

circumstances I should consult with independent legal counsel in connection with this matter. SilvermanAcampora has advised me that they will not represent me with respect to any potential claims that I may have against the Debtor, and that I may wish to seek the advice of separate counsel with respect to same.



John Mautone

Sworn to before me this
12 day of June, 2013

Notary Public

EVANGELYN BASTA
Notary Public - State of New York
NO. 01BA6245120
Qualified in Queens County
My Commission Expires

AN/1315347.1/062912