**LKS Concepts, LLC, d/b/a Dylan Prime**
**Chapter 11 – Case No. 13-11390 (JMP)**

**CATEGORY LIST**

**April 30, 2013 through and including August 31, 2013**

| CATEGORY | TOTAL HOURS | AMOUNT CHARGED |
|---|---|---|
| Asset Analysis | 5.30 | $2,775.00 |
| Asset Sale | 37.40 | $18.054.00 |
| Case Administration | 137.00 | $36,370.50 |
| Claims Admin/Objections | 4.40 | $1,216.50 |
| Motions | 35.60 | $7,645.00 |
| Retention Orders/Objections | 9.00 | $2,170.50 |
| **TOTAL** | 228.70 | $68,231.50 |