UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
In re:

LKS CONCEPTS, LLC, d/b/a DYLAN PRIME,

Debtor.
------------------------------------------------------------------- X

Chapter 11

Case No. 13-11390 (JMP)

**ORDER APPROVING APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR PERIOD APRIL 30, 2013
THROUGH AND INCLUDING AUGUST 31, 2013, AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the application, dated October 2, 2013 (the "Application") for the first and final allowance of compensation and reimbursement of expenses of SilvermanAcampora LLP ("Applicant"), attorneys for LKS Concepts LLC, d/b/a Dylan Prime (the "Debtor"), for the period April 30, 2013 through and including August 31, 2013, for first and final compensation in the amount of $68,231.50 for professional and para-professional services, together with reimbursement of expenses in the amount of $2,780.56; and upon the hearing held before this Court to consider the Application on October 29, 2013, the transcript of which is incorporated herein by reference; and it appearing that sufficient notice of the Application has been given pursuant to Bankruptcy Rules 2002(a)(6) and 2002(c)(2); and no other notice being necessary; and no objection to the Application having been filed; and after due consideration having been given to any response thereto; and after due deliberation and sufficient cause appearing for the relief requested in the Application, it is hereby:

**ORDERED**, that the Application is granted to the extent set forth herein and as referenced on Schedule "A" annexed hereto; and it is further

**ORDERED**, that the Debtor is authorized and directed to remit payment of fees and expenses to the Applicant upon the signing of this Order.

Dated: New York, New York
October 29, 2013

/s/ James M. Peck
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

CM/1400401.1/062912