Case No.  13-11390 (JMP)
Case Name: LKS Concepts, LLC

**APPLICATION PERIOD:**
**APRIL 30, 2013- AUGUST 31, 2013**

**Schedule A**

| (1)<br>Applicant | (2)<br>Date /<br>Document<br>Number of<br>Application | (3)<br>Fees<br>Requested<br>on<br>Application | (4)<br>Fees<br>Allowed | (5)<br>Fees<br>to be<br>Paid for<br>Current<br>Fee Period | (6)<br>Fees to<br>be Paid<br>for Prior<br>Fee<br>Period(s)<br>(if any)<br>(i.e.,<br>Holdback<br>Release) | (7)<br>Total Fees<br>to be<br>Paid | (8)<br>Expenses<br>Requested | (9)<br>Expenses<br>to be<br>Paid for<br>Current<br>Fee Period |
|---|---|---|---|---|---|---|---|---|
| SilvermanAcampora LLP,<br>Counsel to the Debtor | 10/02/13<br>Doc #34 | $68,231.50 | $68,231.50 | $68,231.50 | $0.00 | $68,231.50 | $2,780.56 | $2,780.56 |

Revised September 2011

**DATE ON WHICH ORDER WAS SIGNED: 10/29/2013**

**INITIALS:  JMP   USBJ**

AN/1424241.1/062912

Case No.  13-11390 (JMP)                     **SUMMARY: ALL FEE PERIODS**                     **Schedule B**
Case Name: LKS Concepts, LLC                      **(INCLUDING THIS PERIOD)**
                                            **APRIL 30, 2013- AUGUST 31, 2013**

| (1)<br><br>Applicant | (2)<br>Total Fees<br>Requested | (3)<br>Total<br>Fees Awarded | (4)<br>Total Expenses<br>Requested | (5)<br>Total Expenses<br>Awarded |
|---|---|---|---|---|
| SilvermanAcampora LLP,<br>Counsel to the Debtor | $68,231.50 | $68,231.50 | $2,780.56 | $2,780.56 |

Revised September 2011          **DATE ON WHICH ORDER WAS SIGNED: 10/29/2013**          **INITIALS:  JMP   USBJ**

AN/1424241.1/062912